# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**DEAN SMITH, SR., by his power of
attorney, DWAYNE SMITH,**

    **Plaintiff,**

**v.**            **Civil Action No. 2:10-cv-00709**
               **The Honorable James R. Goodwin, Judge**

**JP MORGAN CHASE BANK, N.A.,
d/b/a CHASE BANK USA, N.A.,
CHASE HOME FINANCE, LLC,
BIRCHENOUGH MORTGAGE
SERVICES, INC., f/k/a BARROW &
BIRCHENOUGH LOAN SERVICES,
INC., and ERIE INSURANCE
PROPERTY & CASUALTY CO.,**

    **Defendants.**

## CERTIFICATE OF SERVICE

   The undersigned, counsel for defendant, Erie Insurance Property & Casualty Co., hereby certifies that on this 14th day of June, 2010, a copy of the foregoing Motion to Dismiss of Erie Insurance Property & Casualty Co. and Memorandum of Law in Support of Motion to Dismiss of Erie Insurance Property & Casualty Co. was served upon counsel of record, by electronic means.

        /s/ Christopher J. Sears_____
        Christopher J. Sears
        State Bar I.D. No. 8095