IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DEAN SMITH, SR., et al.,

          Plaintiffs,

v.                                       CIVIL ACTION NO.  2:10-cv-00709

JP MORGAN CHASE BANK, N.A., et al.,

          Defendants.

**MEMORANDUM OPINION AND ORDER**

Pending before the court is the Motion to Dismiss [Docket 13] by defendant Erie Insurance Property & Casualty Co. ("Erie").  The court finds that the complaint clearly states a cause of action against Erie, and the motion is **DENIED.**

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                ENTER:       September 13, 2010

*/s/ Joseph R. Goodwin*
Joseph R. Goodwin, Chief Judge